1044

No. 76–5272.  BURTS ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 76–5289.  HARRY v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 76–5308.  KAHLEY, AKA GUIDO v. PENNSYLVANIA. Sup. Ct. Pa.  Certiorari denied.

No. 76–5311.  WILKINS v. MARYLAND.  C. A. 4th Cir. Certiorari denied.

No. 76–5316.  COHEN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 76–5333.  KEPLINGER v. SUPERINTENDENT, MARYLAND CORRECTIONAL INSTITUTION.  C. A. 4th Cir.  Certiorari denied.

No. 76–5340.  EUCKER v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 76–5352.  ANDERSON v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA, ET AL. Sup. Ct. Fla.  Certiorari denied.

No. 76–5356.  LETOURNEUR v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 76–5368.  ALVAREZ v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.

No. 76–5377.  LA CHAPPELLE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 76–5386.  ISOM v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.